IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| TYRUS KING ALPHONSE, of the family Williams aka TYRUS ALPHONSE WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>USAA ALLIANCE SERVICES, et al.,<br><br>Defendants.<br>_____ | *<br><br>*<br>    Case No.  4:20-CV-68-LAG<br>*<br><br>*<br><br>* |

## **J U D G M E N T**

Pursuant to this Court's Order dated May 28, 2020, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 28th day of May, 2020.

                                      David W. Bunt, Clerk

                                      s/ Terrie L. Potts, Deputy Clerk